## City of Chicago, Appellee, v. National Brick Company, Appellant.

**Gen. No. 43,819.**

opinion

filed May 20, 1947; released for. publication June 9, 1947. A. C. Lewis and Fred Rohde, for appellant; Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal, Head of Appeals and Review Division, Louis H. Geiman and Harry Markin, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.